IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Phase Four Industries, Inc., | NO. C 04-04801 |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Marathon Coach Inc., | |
| Defendant. | |

Please take notice that on the Court's own motion, the presently scheduled case management conference for July 11, 2005 is rescheduled to **August 22, 2005 at 10 a.m.**

Dated: June 28, 2005                    /s/ James Ware
                                        JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Heimlich, alanheimlich@heimlichlaw.com

David Zeff, Zefflaw1@aol.com

Brenna Legaard, brenna@chernofflaw.com

William Geny, bill@chernofflaw.com

**Dated: June 28, 2005**               **Richard W. Wieking, Clerk**

                                      **By: /s/ JW Chambers**
                                             **Ronald L. Davis**
                                             **Courtroom Deputy**