IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Phase Four Industries, Inc., | NO. C 04-04801 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Marathon Coach Inc., et al., | |
| Defendant(s). | |

Please take note that on the Court's own motion, the presently scheduled case management conference for August 22, 2005 is vacated. The new case management conference is scheduled for **September 26, 2005 at 10 a.m.** Pursuant to the local rules of court, the parties shall file a joint case management statement no later than ten (10) days before the conference.

Dated: August 9, 2005

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Heimlich alanheimlich@heimlichlaw.com
Brenna Legaard brenna@chernofflaw.com
David Michael Zeff Zefflaw1@aol.com
William O. Geny bill@chernofflaw.com

**Dated: August 9, 2005**                                    **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers**
                                                                  **Ronald L. Davis**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California