1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9    Phase Four Industries, Inc.,                    NO. C 04-04801 JW

10            Plaintiff,                       **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
11      v.

12   Marathon Coach, Inc.,

13            Defendant.

14   _____/

15      Please take note that on the Court's own motion, the presently scheduled case management

16   conference for September 26, 2005 is vacated.  The Court anticipates ruling on the two pending motions

17   early next week thereby giving the parties direction as to what needs to happen next in these related cases.

18   For this reason, the Court sets a new case management conference on **October 31, 2005 at 10 a.m.**

19

20   Dated: September 21, 2005               /s/ James Ware
                                             JAMES WARE
21                                           United States District Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alan Heimlich alanheimlich@heimlichlaw.com
Brenna Legaard brenna@chernofflaw.com
3 David Michael Zeff Zefflaw1@aol.com
William O. Geny bill@chernofflaw.com
4

5 **Dated: September 21, 2005**                                   **Richard W. Wieking, Clerk**

6

7                                                                 **By:    /s/ JW Chambers**
                                                                        **Ronald L. Davis**
8                                                                       **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28