IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHASE FOUR INDUSTRIES, INC., | No. C-04-04801-JW |
| Plaintiff, | **ORDER REASSIGNING THE MATTER FOR SETTLEMENT CONFERENCE** |
| v. | |
| MARATHON COACH, INC., | |
| Defendant. | |

This matter is scheduled before Magistrate Judge Trumbull for settlement conference on Friday, May 26, 2006. However, Judge Trumbull is also assigned to the case for discovery purposes. To avoid a potential conflict, the Court reassigns the matter for settlement conference before Magistrate Judge Seeborg. Judge Seeborg is available on **Friday, May 26, 2006.** The parties shall contact Judge Seeborg's Chambers (Bernadette Kunkel (408) 535-5357) immediately upon this Order to arrange the appropriate schedule. Judge Trumbull shall keep the case for discovery purposes.

Dated: April 26, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Heimlich alanheimlich@heimlichlaw.com
Brenna Legaard brenna@chernofflaw.com
William O. Geny bill@chernofflaw.com

**Dated: April 26, 2006**                                  **Richard W. Wieking, Clerk**

                                                           **By:__/s/ JW Chambers_____**
                                                                  **Melissa Peralta**
                                                                  **Courtroom Deputy**