**United States District Court**
For the Northern District of California

*E-FILED*
May 9, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHASE FOUR INDUSTRIES, INC., | No. C 04-04801 JW (PVT) |
| Plaintiff, | & ALL RELATED CASES: C 04-05105 |
| v. | C 05-00748 |
| MARATHON COACH, INC. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference scheduled for **May 26, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **July 6, 2006 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated April 27, 2006 shall remain in effect.

1       The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 prior to the date set for settlement conference.

4 Dated:   May 9, 2006

                                                    RICHARD SEEBORG
                                                  United States Magistrate Judge

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**
2
3  William O. Geny    bill@chernofflaw.com, jd@chernofflaw.com
4  Alan Heimlich    alanheimlich@heimlichlaw.com, alanheimlich@hotmail.com
5  Brenna Legaard    brenna@chernofflaw.com, wolff@chernofflaw.com; monique@chernofflaw.com
6  David Michael Zeff    Zefflaw1@aol.com,
7
8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.
9
10 Dated: May 9, 2006
11
12                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG
13
                     By:    /s/ *BAK*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3