| | |
|---|---|
| 1 | DAVID M. ZEFF (S.B. #63289) |
| | Zefflaw1@aol.com |
| 2 | LAW OFFICES OF DAVID M. ZEFF |
| 3 | 1388 Sutter Street, Ste. 820 |
| | San Francisco, CA 94109 |
| 4 | Telephone: (415) 923-1380 |
| | Facsimile: (415) 923-1382 |
| 5 | |
| 6 | WILLIAM O. GENY, OSB No. 83040, *Pro Hac Vice* |
| | bill@chernofflaw.com |
| 7 | BRENNA K. LEGAARD, OSB. No. 00165, *Pro Hac Vice* |
| | brenna@chernofflaw.com |
| 8 | CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP |
| | 1600 ODS Tower |
| 9 | 601 SW Second Avenue |
| | Portland, OR 97204-3157 |
| 10 | Telephone: (503) 227-5631 |
| 11 | Facsimile: (503) 228-4373 |

       Attorneys for Defendant Marathon Coach, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PHASE FOUR INDUSTRIES, INC., | ) | Consolidated Case No.: 04-CV-04801 JW |
| | ) | |
| Plaintiff, | ) | Hon. James Ware |
| | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER ON MOTION TO** |
| | ) | **EXTEND SCHEDULE** |
| MARATHON COACH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

///

///

///

Page 1 - [~~PROPOSED~~] ORDER ON
MOTION TO EXTEND SCHEDULE

**Chernoff, Vilhauer, McClung & Stenzel, LLP**
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157

1  This matter comes before the Court on Marathon Coach, Inc.'s Motion to Extend
2  Deadlines. Alan Heimlich, on behalf of Phase Four Industries, Inc. and Monaco Coach, Inc.,
3  advised he supports this motion.

5  After considering the records and files herein, IT IS HEREBY ORDERED THAT
6  Marathon Coach Inc.'s motion is GRANTED. The dates listed in the Scheduling Order dated
7  August 22, 2006 are changed as follows:

    A.   Disclosure of Expert Witnesses and Rebuttal Expert Witnesses are extended to April 26, 2007 and May 23, 2007, respectively;

    B.   Close of Discovery is extended to June ~~23~~ 22, 2007; and

    C.   Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order are to April ~~22~~ 21, 2008.

Dated:    Dec 13   , 2006

*/s/ James Ware*
Hon. James Ware
U.S. District Court Judge