1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   PHASE FOUR INDUSTRIES, INC.,          )      Case No.:      C-04-4801 JW  PVT
                                           )      Related Cases C-05-0748 JW PVT
13                         Plaintiff,      )                    C-04-5105 JW PVT
                                           )
14       v.                                )      **ORDER SETTING BRIEFING
                                           )      SCHEDULE AND HEARING DATE
15   MARATHON COACH, INC.,                 )      FOR PLAINTIFF'S MOTION FOR
                                           )      EXTENSION OF TIME TO
16                         Defendants.     )      COMPLETE DISCOVERY**
     _____)

17

18        On July 27, 2007, Plaintiff Phase Four Industries, Inc. ("PFII') filed a Motion for

19   Extension of Time to Complete Discovery.[1]  PFII did not file a Notice of Motion, but the docket

20   entry for the Motion states: "Motion Hearing set for 8/2/2007 10:00 AM in  Courtroom #5, 4th

21   Floor, San Jose." (Docket # 143.)  Civil Local Rule 7-2 requires that any motion "be filed,

22   served and noticed in writing . . . for hearing not less than 35 days after service of motion." Civ.

23   L.R. 7-2(a).  Accordingly, this motion has not been properly noticed.  Additionally, the disputed

24   extension of time to complete discovery in this case is a matter properly before the trial judge.

25   After consultation with Judge Ware's chambers, and in order to streamline the resolution of this

26   dispute,  IT IS HEREBY ORDERED that:

27

28        [1]   The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

ORDER, *page 1*

1

       1.     PFII's Motion for an Extension of Time to Complete Discovery shall be

2

             heard by Judge Ware at 9:00 a.m. on August 20, 2007;

3

       2.     Opposition, if any, shall be filed no later than August 6, 2007; and

4

       3.     Reply, if any, shall be filed no later than August 8, 2007.

5

   IT IS SO ORDERED.

6

Dated: July   31,  2007

7

_____
PATRICIA V. TRUMBULL

8

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*