1  **DAVID M. ZEFF** (S.B. #63289)
   Zefflaw1@aol.com
2  LAW OFFICES OF DAVID M. ZEFF
   1388 Sutter Street, Ste. 820
3  San Francisco, CA 94109
   Telephone: (415) 923-1380
4  Facsimile: (415) 923-1382

5  **WILLIAM O. GENY**, OSB No. 83040, *Pro Hac Vice*
   bill@chernofflaw.com
6  **BRENNA K. LEGAARD**, OSB. No. 00165, *Pro Hac Vice*
   brenna@chernofflaw.com
7  CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
   601 SW Second Avenue, Suite 1600
8  Portland, OR 97204-3157
   Telephone: (503) 227-5631
9  Facsimile: (503) 228-4373

10         Attorneys for Defendant Marathon Coach, Inc.

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

17 | PHASE FOUR INDUSTRIES, INC.,  ) Consolidated Case No.: C-04-04801 JW PVT
                                   ) Related Cases:        C-05-0748 JW PVT
18 |                    Plaintiff, )                       C-04-5105 JW PVT
                                   )
19 |         v.                    )       Hon. James Ware
                                   )
20 | MARATHON COACH, INC.,         ) **[PROPOSED] ORDER GRANTING MARATHON
                                   ) COACH, INC.'S MOTION TO EXTEND TIME
21 |                    Defendant. ) FOR ORAL ARGUMENT ON PHASE FOUR'S
                                   ) MOTION TO COMPEL DISCOVERY (DOCKET
22 |                               ) NO. 148)**
                                   )
23                                              PATENT CASE

---

**[PROPOSED] ORDER GRANTING MARATHON COACH INC.'S
MOTION TO EXTEND TIME FOR ORAL ARGUMENT ON DOCKET NO.
148 – C-04-CV-04801 JW**

CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Avenue, Suite 1600
Portland, OR 97204-3157

1  This matter came before the Court, the Honorable Patricia V. Trumbull presiding, on
2  motion of Marathon Coach Inc. to extend the time at which oral argument would be held on
3  Phase Four's Motion to Compel Discovery (Docket No. 148).
4  The Court, having fully considered the issues, IT IS HEREBY ORDERED that Marathon
5  Coach's motion is granted as follows:
6  1.  Oral argument on Phase Four's Motion to Compel Discovery (Docket No. 148)
7  currently scheduled for September 4, 2007 is hereby rescheduled and will be held on September
8  25, 2007 at 10:00 a.m.

10  DATED this  7th  _ day of August 2007.

                                            *[signature: Patricia V. Trumbull]*
                                            _____
13                                          PATRICIA V. TURNBULL
                                            Magistrate Judge
14                                          United States District Court
                                            Northern District of California

16  182386.doc

PAGE 1 –  PROPOSED ORDER GRANTING MARATHON COACH INC.'S
         MOTION TO EXTEND TIME FOR ORAL ARGUMENT ON DOCKET
         NO. 148 – C-04-CV-04801 JW

CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Avenue, Suite 1600
Portland, OR 97204-3157