**\*E-FILED 8/27/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHASE FOUR INDUSTRIES, INC., | No. C 04-04801 JW (PVT) |
| Plaintiff, | & ALL RELATED CASES:<br>C 04-05105 |
| v. | C 05-00748 |
| MARATHON COACH, INC., | |
| Defendant.<br>_____/ | **ORDER SETTING FURTHER<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **September 24, 2007 at 10:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

1. **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

2. The parties shall lodge with the Court updated confidential settlement conference statements no later than **September 17, 2007**.

///

///

3. The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  8/27/07

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

William O. Geny    bill@chernofflaw.com, jay@chernofflaw.com, jd@chernofflaw.com, wolff@chernofflaw.com

Alan Heimlich    alanheimlich@heimlichlaw.com, alanheimlich@hotmail.com

Nicholas Heimlich    nickheimlich@nickheimlichlaw.com

Brenna Legaard    brenna@chernofflaw.com, jay@chernofflaw.com, jolmstead@chernofflaw.com, wolff@chernofflaw.com

Susan D. Pitchford    sdp@chernofflaw.com, jolmstead@chernofflaw.com, wolff@chernofflaw.com

David Michael Zeff    Zefflaw1@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 8/27/07

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*