1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Phase Four Industries, Inc,

                    Plaintiff,

        v.

Marathon Coach Inc.,

                    Defendant.
_____/

NO. C 04-04801 JW

**ORDER TO SHOW CAUSE RE:
SETTLEMENT**

On September 24, 2007, the parties appeared before Magistrate Judge Seeborg for a
settlement conference.  The parties reached a settlement and the settlement was placed on the record.
(See Docket Item No. 184.)  In light of the settlement, the Court vacates all trial and pretrial dates.
On or before **December 3, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule
of Civil Procedure 41(a).

        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,
4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **December 17, 2007
at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R.
Civ. P. 41(b).  On or before **December 3, 2007**, the parties shall file a joint statement in response to
the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties
for finalizing the settlement and how much additional time is requested to finalize and file the
dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be
automatically vacated.

1       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2   this action.

3

4   Dated:  October 4, 2007                                    _____

5                                                              JAMES WARE
                                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Heimlich alanheimlich@heimlichlaw.com
Brenna Legaard brenna@chernofflaw.com
David Michael Zeff Zefflaw1@aol.com
Nicholas Heimlich nickheimlich@nickheimlichlaw.com
Susan D. Pitchford sdp@chernofflaw.com
William O. Geny bill@chernofflaw.com

**Dated: October 4, 2007**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**