1 | **DAVID M. ZEFF** (S.B. #63289)
Zefflaw1@aol.com
2 | LAW OFFICES OF DAVID M. ZEFF
1388 Sutter Street, Ste. 820
3 | San Francisco, CA 94109
Telephone: (415) 923-1380
4 | Facsimile: (415) 923-1382

5 | **WILLIAM O. GENY**, OSB No. 83040, *Pro Hac Vice*
bill@chernofflaw.com
6 | **SUSAN D. PITCHFORD**, OSB. No. 98091, *Pro Hac Vice*
sdp@chernofflaw.com
7 | CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Avenue, Suite 1600
8 | Portland, OR 97204-3157
Telephone: (503) 227-5631
9 | Facsimile: (503) 228-4373

10 | Attorneys for Marathon Coach, Inc.

11 | Alan Heimlich (SBN 213390)
**HEIMLICH LAW**
12 | 5952 Dial Way
San Jose, CA 95129
13 | Tel: (408) 253-3860
14 | Fax: (408) 257-9904
alanheimlich@heimlichlaw.com

16 | Attorney for Phase Four Industries, Inc.
And Monaco Coach Corporation

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – IT IS SO ORDERED, signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHASE FOUR INDUSTRIES, INC., ET AL )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MARATHON COACH, INC.,  )<br>  )<br>    Defendant.  ) | Consolidated Case No.: C-04-04801 JW PVT<br>Related Cases:       C-05-0748 JW PVT<br>                            C-04-5105 JW PVT<br><br>Hon. James Ware<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>**PATENT CASE** |

Pursuant to this Court's October 04, 2007 Order to Show Cause (Docket # 185), IT IS HEREBY ORDERED as follows:

1. This Stipulated Order of Dismissal is subject to all terms of the Settlement Agreement dated as of September 24, 2007 (the "Agreement"), entered into between the parties.

2. All claims and counterclaims asserted by any party in this case are hereby dismissed without prejudice.

3. This Court shall retain jurisdiction of this matter to enforce the terms of the Settlement Agreement between the parties.

4. Each party shall bear its own fees and costs.

IT IS SO ORDERED.  The Clerk shall close this file and the consolidated cases.

Dated: December 4, 2007

_____
The Honorable James Ware
United States District Judge

IT IS SO STIPULATED.

Date: 11/30/2007        CHERNOFF, VILHAUER, McCLUNG & STENZEL

By: _____
William O. Geny, OSB No. 83040, *Pro Hac Vice*
Susan D. Pitchford, OSB No. 98091, *Pro Hac Vice*
Telephone: (503) 227-5631
Attorneys for Defendant

Date: 11/29/2007        HEIMLICH LAW

By: _____
Alan Heimlich (SBN 213390)
Tel: (408) 253-3860
Attorney for Plaintiffs